UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:07CV101-J

JOHN ENGLISH                                                                                         PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                          DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff John English seeks Disability Insurance and Supplemental Security Income Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge W. David King who recommends that the final decision of the Commissioner be affirmed and the plaintiff's Complaint dismissed.

Plaintiff has timely filed objections to the Magistrate's Report, contending that: 1) the ALJ erred in accepting the 2004 assessments from the non-examining state agency physicians instead of the evidence in the examinations of treating physicians Drs. Tamago, England and Mudd from 2005 to 2007; and 2) the ALJ was obligated to refer claimant for an updated consultative medical examination or a new residual functional capacity evaluation. These issues were sufficiently addressed in the Magistrate Judge's Report and Recommendation.

In summary, this Court has conducted a de novo review of the entire record and finds that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. The Court adopts the Magistrate Judge's Report and Recommendation in lieu of writing a separate opinion.

Accordingly, IT IS ORDERED:

1)   The Magistrate Judge's Report and Recommendation is ADOPTED, and those findings and conclusions are incorporated by reference herein;

  2)  The final Decision of the Commissioner denying benefits is AFFIRMED; and

  3)  Plaintiff's Complaint is DISMISSED, with prejudice.

  This is a final and appealable Memorandum Opinion and Order, and there is no just cause for delay.